IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY DONNELL RICHARDSON,

    Plaintiff,

v.                                                    CASE NO. 4:07cv166-RH/WCS

JAMES R. McDONOUGH, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida, Ft. Myers Division. The clerk shall take all actions necessary to effect the transfer.

    SO ORDERED this 4th day of June, 2007.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge